

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,         **CR** No. 07    00436

12         Plaintiff,                  VIOLATION: 8 U.S.C. § 1326 -
                                       Illegal Re-entry Following Deportation
13      v.

14
    ADELIADO TORRES-TORRES,
15                                     SAN JOSE VENUE
           Defendant.
16

17

18                       I N F O R M A T I O N

19

20  The United States Attorney charges:

21      On or about June 5, 2007, the defendant

22                  ADELIADO TORRES-TORRES,

23  an alien, previously having been arrested and deported from the United States on or about

24  December 30, 1998 and March 21, 2001 was found in the Northern District of California,

25  the Attorney General of the United States and the Secretary for Homeland Security not

26  having expressly consented to a reapplication by the defendant for admission into the

27

28  //

    INFORMATION

1   United States, in violation of Title 8, United States Code, § 1326.

2

3   DATED:

4                                     SCOTT N. SCHOOLS
                                      United States Attorney

5

6                                     _____
                                      DAVID R. CALLAWAY
7                                     Deputy Chief, San Jose Branch

8

9   Approved as to form: _____
                          SAUSA/Benjamin Kennedy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                           2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

---

**DEFENDANT - U.S.**

▶ ADELIADO TORRES-TORRES

**Filed**

DISTRICT COURT NUMBER

JUL 1 2 2007

**E-FILING**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

BENJAMIN KENNEDY

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

CR 07 00436

RMW

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶          Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: