| DOCUMENTS UNDER SEAL | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | DEPUTY CLERK | | REPORTER/FTR |
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD.    RET.<br>APPT. |
| U.S. ATTORNEY | | INTERPRETER | | FIN. AFFT<br>SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | | PARTIAL PAYMENT<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)

| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS |
|---|---|---|---|---|
| time | time | time | time | time |
| I.D. COUNSEL | ARRAIGNMENT | BOND SIGNING | IA REV PROB. or S/R | BAIL REVIEW |
| time | time | time | | time |
| DETENTION HRG | ID/REMOVALHRG | CHANGE PLEA | PROB. REVOC. | SUP REL HRG |
| time | time | time | time | time |

## INITIAL APPEARANCE

| ADVISED<br>OF RIGHTS | ADVISED<br>OF CHARGES | NAME AS CHARGED<br>IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ARRAIGNED ON<br>INFORMATION | ARRAIGNED ON<br>INDICTMENT | READING WAIVED<br>SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| RELEASED<br>ON O/R | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>CASH     $ | | CORPORATE SECURITY | | REAL PROPERTY: |
| MOTION<br>FOR<br>DETENTION | PRETRIAL<br>SERVICES<br>REPORT | DETAINED | RELEASED | DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | |

## PLEA

| CONSENT<br>ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE<br>REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO: | I.D. COUNSEL | BOND<br>SIGNING | STATUS RE:<br>CONSENT | STATUS/TRIALSET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN.<br>AFFIDAVIT | PRELIMINARY<br>HEARING OR | CHANGE OF<br>PLEA | BAIL REVIEW |
| BEFORE HON. | DETENTION<br>HEARING | ARRAIGN-<br>MENT | MOTIONS | JUDGMENT &<br>SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | IDENTITY/<br>REMOVAL | PRETRIAL<br>CONFERENCE | PROBATION<br>REV. HEARING |

## ADDITIONAL PROCEEDINGS

| |
|---|
| |