AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 07-00436

I, __Adelaido Torres-Torres__, the above named defendant, who is accused of

__8 U.S.C. 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 12, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**

JUL 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer