1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TORRES-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/26/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00436 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | HEARING |
| | ) | |
| ADELAIDO TORRES-TORRES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter, currently set for Monday, July 30, 2007, may be continued to Monday, August 13, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties are in the process of finalizing the terms of a proposed settlement agreement pursuant to Rule 11(c)(1)(C).

The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Stipulation and [] Order Continuing
Status Hearing                                                   1

1  Dated: July 25, 2007

2                                          s/_____
                                              CYNTHIA C. LIE
3                                            Assistant Federal Public Defender

4  Dated: July 25, 2007

5                                          s/_____
                                              BENJAMIN KENNEDY
6                                            Assistant United States Attorney

7
                                    **[] ORDER**
8
9      Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial

10 district court appearance in the above-captioned matter shall be continued from Monday, July 30,

11 2007 to Monday, August 13, 2007 at 9:00 a.m.

12     It is further ordered that 14 days shall be excluded from the time within which trial shall

13 commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time

14 reasonably necessary for effective preparation of counsel.

15 Dated: July 26, 2007

16                                         _____
                                              RONALD M. WHYTE
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Status Hearing                              2