*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Summer Clanton

**DATE:** August 13, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00436-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ADELIADO TORRES-TORRES
    **APPEARANCES:**

**PLTF:** AUSA: B. Kennedy   **DEFT:** Cynthia Lie
    **INTERPRETER:**

**COURT ACTION:** STATUS HEARING

**Hearing Held. The case is continued to 9/10/07 at 9:00 a.m. for further status review or possible disposition. The Court excludes time for the reasons stated.**

   */s/ Diana Munz*
   **DIANA MUNZ**
   **Courtroom Deputy**