SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5059
    Facsimile:  (408) 535-5066
    Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADELIADO TORRES-TORRES,<br><br>    Defendant. | No.   CR 07-00436 RMW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM AUGUST 13, 2007 TO SEPTEMBER 10, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

       On August 13, 2007 the parties appeared for a hearing before this Court. At that hearing, defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense counsel's need to effectively prepare by reviewing the defendant's A file and other discovery materials submitted by the government. At that time, the Court set the matter for a hearing on September 10, 2007.

       The parties stipulate that the time between August 13, 2007 and September 10, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties

1

1  agree that the ends of justice served by granting the requested continuance outweigh the best
2  interest of the public, and the defendant in a speedy trial and in the prompt disposition of
3  criminal cases.  18 U.S.C. §3161(h)(8)(A).
4
5  DATED: August 13, 2007                    SCOTT N. SCHOOLS
                                             United States Attorney
6
7                                            ___/s/_____
                                             BENJAMIN T. KENNEDY
8                                            Assistant United States Attorney
9
10                                           ___/s/_____
                                             CYNTHIA LIE
11                                           Assistant Federal Public Defender
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between August 13, 2007 and September 10, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:                                                      _____
                                                     RONALD M. WHYTE
                                                     UNITED STATES DISTRICT JUDGE