**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Lee-Anne Shortridge

**DATE:** September 10, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00436-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ADELIADO TORRES-TORRES
    **APPEARANCES:**                                              (P) (C)

**PLTF:** AUSA: B. Kennedy      **DEFT:** C. Lie

**COURT ACTION: DISPOSITION/SENTENCING**

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: The defendant waived the preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 12 months and 1 day. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

    */s/ Jackie Garcia*
    **JACKIE GARCIA**
    **Courtroom Deputy**